Local AO 470 (Rev. 11/16) Order Scheduling a Hearing

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:25-CR-110-03 |
| Michelle Lee Fuller | ) | |

## ORDER SCHEDULING
## DETENTION HEARING

A hearing in this case is scheduled as follows:

| **Type:** Detention Hearing | **Date and Time:** May 21, 2025 at 2:00pm |
|---|---|
| **Place:** U.S. Federal Courthouse | **Courtroom No.:** SEE Note |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

NOTE: Judge Senechal, USA, and USPO will be present in Fargo Courtroom 2.
Attorney Anthony Bussa will be appearing via CMS video.
Defendant will be appearing via CMS video from Becker County Jail in Detroit Lakes, MN.

Date: 05/19/2025

*/s/ Alice R. Senechal*
*Judge's signature*

Alice R. Senechal, Magistrate Judge
*Printed name and title*