AO 442 (Rev. 11/11) Arrest Warrant

REC'D USMS-FARGO, ND
'25 MAY 14 PM 3:57

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Ricardo JAQUEZ | ) Case No. | 3:25-cr-110-1 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Ricardo JAQUEZ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and Distribute a Controlled Substance

Date:     05/14/2025

/s/Sarah Lien
*Issuing officer's signature*

City and state:     Fargo, ND

Sarah Lien, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 5-14-25, and the person was arrested on *(date)* 5-15-25
at *(city and state)* Gwinner, ND

Date: 5-16-25

*Arresting officer's signature*

SA Anthony
*Printed name and title*