Case 3:25-cr-00110-PDW *SEALED*    Document 6    Filed 05/14/25    Page 1 of 2

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

REC'D USMS-FARGO, ND
'25 MAY 14 PM 3:57

| | |
|---|---|
| United States of America<br>v.<br>Jose Manuel JAQUEZ,<br>a/k/a Cash<br><br>Defendant | )<br>)<br>) Case No.  3:25-cr-110-4<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Jose Manuel JAQUEZ, a/k/a Cash ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and Distribute a Controlled Substance

Date: 05/14/2025                                                                                          /s/Sarah Lien
                                                                                                 *Issuing officer's signature*

City and state:  Fargo, ND                                                     Sarah Lien, Deputy Clerk
                                                                                                   *Printed name and title*

---

**Return**

This warrant was received on *(date)* 5-14-25 , and the person was arrested on *(date)* 5-15-25
at *(city and state)* Oakes, ND .

Date: 5-16-25

                                                                                                 *Arresting officer's signature*

                                                                                        SA Anthony
                                                                                                 *Printed name and title*