AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of North Dakota

REC'D USMS-FARGO, ND
'25 MAY 14 PM3:57

| | | |
|---|---|---|
| United States of America<br>v.<br>Jacob Edward LAMBERT | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.    3:25-cr-110-5 |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Jacob Edward LAMBERT                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and Distribute a Controlled Substance

Date:      05/14/2025

City and state:      Fargo, ND

/s/Sarah Lien
*Issuing officer's signature*

Sarah Lien, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 5-14-25        , and the person was arrested on *(date)* 5-15-25
at *(city and state)* Oakes, ND

Date:  5-16-25

*Arresting officer's signature*

SA Anthony
*Printed name and title*