AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

REC'D USMS-FARGO, ND
'25 MAY 14 PM 3:57

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Wesley Wayne TOLLESON | ) Case No. | 3:25-cr-110-8 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Wesley Wayne TOLLESON,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and Distribute a Controlled Substance

Date: 05/14/2025

/s/Sarah Lien
*Issuing officer's signature*

City and state:   Fargo, ND

Sarah Lien, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* May 14, 2025, and the person was arrested on *(date)* May 15, 2025
at *(city and state)* Wells, MN

Date: 5-16-2025

*Arresting officer's signature*

SA Branden Betzel
*Printed name and title*