AO 442 (Rev. 11/11) Arrest Warrant

REC'D USMS-FARGO, ND
'25 MAY 14 PM 3:57

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jason Leonard GULDEN | ) Case No. | 3:25-cr-110-9 |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jason Leonard GULDEN
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and Distribute a Controlled Substance



Date: 05/14/2025

/s/Sarah Lien
*Issuing officer's signature*

City and state: Fargo, ND

Sarah Lien, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 5-14-25, and the person was arrested on *(date)* 5-17-25
at *(city and state)* Aberdeen, SD

Date: 5-20-25

SA Dylan Anthony
*Arresting officer's signature*
*Printed name and title*