UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICARDO JAQUEZ,<br><br>Defendant. | Cr. No. 3:25-cr-110<br><br>**MOTION TO WITHDRAW** |

    Comes now Rhiannon Gorham, Assistant Federal Public Defender, and moves this Honorable Court for its Order permitting her, on behalf of the Office of the Federal Public Defender, District of North Dakota, to withdraw as counsel for Defendant herein, having been appointed on May 19, 2025.

    A newly-discovered conflict of interest prevents the Federal Public Defender from representing Defendant.

    WHEREFORE, the undersigned asks that the Federal Public Defender for the District of South Dakota and North Dakota be permitted to withdraw as counsel for Defendant, and that counsel be appointed for Defendant pursuant to the Criminal Justice Act, 18 U.S.C. § 3006.

Dated this 27th day of May, 2025.

                Respectfully submitted,

                JASON J. TUPMAN
                Federal Public Defender
                By:

                _/s/ Rhiannon Gorham_
                Rhiannon Gorham
                Assistant Federal Public Defender
                Attorney for Defendant
                Office of the Federal Public Defender
                Districts of South Dakota and North Dakota
                112 Roberts Street North, Suite 200
                Fargo, ND 58102
                Telephone: 701-239-5111
                Facsimile:  701-239-5098
                filinguser_SDND@fd.org