

Client Name: Wesley Tolleson

DOB: ▓▓▓▓ 1988

To whom it may concern:

This letter is to inform you that the above-mentioned client completed a Phone screening for substance use disorder services on June 26, 2025. Based on information provided within the screening tentative recommendations are for the client to engage in ASAM Level 3.5 - High Intensity Residential treatment. The duration of the program is based on the progress and step-down recommendations as medically necessary. We can place Mr. Tolleson in our Fargo residential program on July 29th, if the court is in agreement with his release for treatment.

Respectfully submitted,

Kassandra Chavez, Admissions Coordinator

4227 Ninth Avenue S • Fargo, North Dakota 58103 • www.sharehouse.org
(701) 282-6561 • Fax (651) 925-0046 • Toll Free (877) 294-6561