IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal No. 3:25-CR-110 |
| vs. | ) | **DEFENDANT'S MOTION FOR RELEASE FROM CUSTODY** |
| ALFREDO HERNANDEZ JAQUEZ, | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, Alfredo Jaquez, by and through his attorney, Ronald K. Hettich, Hettich Law Firm, PLLC, 112 University Drive N., Suite 323, Fargo, ND 58102, hereby moves this Honorable Court for an Order as follows:

1. Mr. Jaquez is asking the Court to consider releasing him for in-patient treatment.

2. Mr. Jaquez has been accepted for placement at Teen Challenge in Minnesota. Specifically, he would be placed in the Alexandria, Minnesota location of Teen Challenge. The letter of acceptance for Mr. Jaquez is attached to this motion.

3. Mr. Jaquez has been accepted for admittance on Wednesday, September 3, 2025 according to the letter of acceptance.

4. The staff at Teen Challenge will pick Mr. Jaquez up from the Cass County Jail at 9:00 a.m. on September 3, 2025. They will drive him directly to the facility for admittance that same day. His admission appointment is scheduled for 11:00 a.m. on September 3, 2025.

5. The address where Mr. Jaquez will be staying is noted in the acceptance letter.

1

6.      Mr. Jaquez thanks the Court for its time.

Dated this 26th day of August, 2025.

                                              **HETTICH LAW FIRM, PLLC**

By:     */s/ Ronald K. Hettich*
        Ronald K. Hettich – ND ID #06035
        Attorney for Defendant
        112 University Drive N., Suite 323
        Fargo, ND 58102
        Tel: (701) 356-6471
        Fax: (701) 356-6472
        ron@hettichlaw.com