UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Jason Gulden,<br><br>    Defendant. | **MOTION FOR EXTENSION OF TIME PURSUANT TO FED.R. CRIM.PRO. 59(a)**<br><br>Case No.:   3:25-CR-110 |

Jason Gulden, through his attorney Stormy Vickers, respectfully moves this Court for a 14-day extension of time to file objections to the Magistrate Judge's Order dated August 25, 2025.

Background

The United States and Mr. Gulden entered a stipulated discovery agreement which was memorialized by Order on June 4, 2025 (Doc 106).  The United States then filed a motion for protective order requesting to be alleviated from its obligation to disclose certain materials. (Doc 130).  Mr. Gulden objected to the United States' motion (Doc 138) and the United States filed a reply (Doc 141).  On August 5, 2025, Magistrate Judge Senechal issued an order granting the United States' motion.

Law

When a matter is nondispositive, Federal Rule of Criminal Procedure 59(a) provides: "A party may serve and file objections to the [Magistrate Judge's] order within 14 days after being served with a copy of a written order … **or at some other time the court sets**."

Counsel for Mr. Gulden needs additional time to review the Magistrate Judge's Order, research pertinent issues, and to consult with Mr. Gulden to determine appropriate strategy. Counsel's hearing calendar has been exceptionally busy the past 5 weeks. The issues addressed in the Magistrate Judge's order are novel, sit at a technological frontier, and may govern standard discovery practices in this district, and potentially beyond, for the foreseeable future.

Mr. Gulden, through counsel, requests the court grant a 14-day extension to serve and file objections, if any, to the August 25, 2025, order.

Dated: September 7, 2025

/s/ *Stormy Vickers* (ND 6539)
Attorney for Mr. Gulden
808 3rd Ave S., Suite 201
Fargo, ND 58103
701-365-4884